**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br><br>v.<br><br>ROGER RECHLER REVOCABLE TRUST, DENNIS SPRUNG, in his capacity as Trustee of the ROGER RECHLER REVOCABLE TRUST, SCOTT RECHLER, GREGG RECHLER, TODD RECHLER, and EVELYN RECHLER,<br><br>          Defendants. | Adv. Pro. No. 10-04474 (SMB) |

**STIPULATION OF ADJOURNMENT OF HEARING**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein that the hearing on the Trustee's Motion for Entry of an Order Pursuant to Rules 15 and 21 of the Federal Rules of Civil Procedure, as Incorporated by Rules 7015 and 7021 of the Federal Rules of Bankruptcy Procedure, Granting the Trustee Leave to File an Amended Complaint and for Related Relief, has been adjourned to **September 28, 2016 at 10:00 a.m.** Any responses or objections to this Motion must be received by no later than **5:00 p.m. on September 21, 2016.**

PLEASE TAKE FURTHER NOTICE that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004.

Dated: New York, New York
      July 19, 2016

By: */s/ Howard L. Simon*
Howard L. Simon (hsimon@windelsmarx.com)
Kim M. Longo (klongo@windelsmarx.com)
John J. Tepedino (jtepedino@windelsmarx.com)
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

Dated: New York, New York
      July 19, 2016

By: */s/ Helen Davis Chaitman*
Helen Davis Chaitman (hchaitman@chaitmanllp.com)
Chaitman LLP
465 Park Avenue
New York, New York 10022
Tel: (908) 303-4568
Fax: (888) 759-1114

*Attorneys for Defendants*

SO ORDERED:

Dated: July 19th, 2016
New York, New York

/s/ STUART M. BERNSTEIN_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE